UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Endicott Interconnect Technologies, Inc., et al.,[1]

Debtors.

Case No. 13-61156 (DD)
Chapter 11 Cases

Jointly Administered

**ORDER REDUCING TIME FOR NOTICE OF HEARING TO CONSIDER DEBTORS' MOTION FOR ORDER (i) AUTHORIZING AND APPROVING THE FORM OF A CERTAIN ASSET PURCHASE AGREEMENT WITH INTEGRIAN HOLDINGS, LLC AND (ii) APPROVING BIDDING PROCEDURES AND OTHER RELATED RELIEF**

Upon reading and filing the annexed Affidavit of Stephen A. Donato, Esq., sworn to the 15th day of July, 2013 in support of the request by debtors Endicott Interconnect Transportation, Inc. ("EIT") and EI Transportation Company, LLC ("Transportation") (collectively, the "Debtors") for an order reducing time to consider that portion of the Debtors' Motion for Orders Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 6004: (A) (i) Authorizing the Sale of Substantially All of the Debtors' Assets, Free and Clear of All Liens, Claims, Interests and Encumbrances, Subject to the Terms of the Asset Purchase Agreement and Subject to Higher and/or Better Offers; (ii) Authorizing and Approving a Certain Asset Purchase Agreement with Integrian Holdings, LLC; and (iii) Authorizing the Debtors to Consummate all Transactions Related to the Proposed Sale; (B) Approving Bidding Procedures and Other Related Relief; and (C) Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases and Assign Such Contracts and Leases to Purchaser Integrian Holdings, LLC Pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Endicott Interconnect Technologies, Inc. (2350) and EI Transportation Company, LLC (4961).

2182379.1 7/15/2013

11 U.S.C. §§ 365(a), (b) and (c) and Bankruptcy Rule 6006(e)(1) (the "Sale Motion")[2] which requests an Order (the "Bidding Procedures Order"): (A) (1) setting the deadline and approving requirements and procedures for interested parties to submit competing bids for the subject Assets; (2) authorizing Integrian as the stalking horse purchaser; (3) approving the form of the Purchase Agreement; (4) scheduling an Auction; and (5) setting the hearing date to approve sale of the Assets to the Successful Bidder and (B) approving the form and manner of the sale notice; and it appearing therefrom that cause exists for reducing the notice period required for the service of the Sale Motion and for scheduling the hearing to consider that portion of the Sale Motion requesting the entry of the Bidding Procedures Order on an expedited basis; and upon due deliberation of the foregoing having been had thereon, it is hereby

**ORDERED**, that the hearing to consider that portion of the Sale Motion requesting the entry of the Bidding Procedures Order shall be held before this Court at 12:30 p..m. (Eastern Time) on July 25, 2013 at the United States Bankruptcy Court, Northern District of New York (Honorable Diane Davis), United States Courthouse, 10 Broad Street, Utica, New York; and it is further

**ORDERED**, that affidavits and memoranda in opposition to that portion of the Sale Motion requesting the entry of the Bidding Procedures Order, if any, shall be in writing and shall be filed with the Clerk's Office, United States Bankruptcy Court for the Northern District of New York, Utica Division, not later than _4:00_ p.m. on July 23, 2013; and it is further

**ORDERED**, that service of a copy of this Order, along with copies of the supporting Affidavit and the Sale Motion, shall be deemed good and sufficient if transmitted by 5:00 p.m. on July 16, 2013 by overnight delivery service to (i) counsel for Integrian; (ii) the Office of the United States Trustee for the Northern District of New York; (iii) the Debtors' twenty-eight (28)

---

[2] Capitalized terms that are not defined in this Affidavit have the meanings ascribed to them in the Sale Motion.

2

2182379.1 7/15/2013

largest unsecured creditors; (iv) all Secured Creditors; (v) all entities known by the Debtors to have filed a notice of appearance or a request for receipt of chapter 11 notices and pleadings filed in the Debtors' cases as of the date hereof; and (vii) all parties (and their counsel, if known) which hold liens on or security interests in the Assets in connection with the Sale Motion.; and it is further

**ORDERED**, that service of a copy of only the Notice of the Bid Procedures Hearing and the Sale Hearing shall be deemed good and sufficient if transmitted by 5:00 p.m. on July 16, 2013, by first class mail, to all creditors in the Debtors' cases.

Dated: July 16, 2013
Utica, New York

_____
Honorable Diane Davis
United States Bankruptcy Judge

2182379.1 7/15/2013