UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| Endicott Interconnect Technologies, Inc., et al., | Case No. 13-61156 (DD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned, appearing for M&T Bank, N.A. (the "Creditor"), pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given to or required to be served in this case be given and served upon the undersigned at this office, address and telephone numbers set forth below:

Mark S. Gorgos, Esq.
COUGHLIN & GERHART, LLP.
99 Corporate Drive, Binghamton, NY 13904
Mailing address:
P.O. Box 2039, Binghamton, New York 13902-2039
Telephone:   (607) 723-9511
Fax:   (607) 723-1530

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE, that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in this case.

PLEASE TAKE FURTHER NOTICE, that the Creditor intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Creditor's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case, (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or

may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Dated: July 16, 2013.
      Binghamton, New York

COUGHLIN & GERHART, LLP.
Attorneys for M&T Bank, N.A.

_____
Mark S. Gorgos, Esq.
99 Corporate Drive, Binghamton, NY 13904
Mailing address:
P.O. Box 2039, Binghamton, NY 13902-2039
Telephone:   (607) 723-9511
Fax:   (607) 723-1530