| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK | Hearing Date: January 30, 2014<br>Hearing Time: 10:30 a.m.<br>Hearing Place: Utica |

In re:

ENDICOTT INTERCONNECT
TECHNOLOGIES, INC., et al.

Case No.: 13-61156-6-dd
Chapter 11

Debtor.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Hinman, Howard & Kattell, LLP, by and through its attorneys, Hinman, Howard & Kattell, LLP, Harvey D. Mervis, Esq., of counsel, will move this Court pursuant to 11 U.S.C. §503 for an Order allowing Hinman, Howard & Kattell, LLP an administrative expense claim in the amount of $16,306.65 and directing the Debtor to immediately pay Hinman, Howard & Kattell, LLP the sum of $16,306.65 in satisfaction of the administrative claim; and for such and other further relief as may be just and proper.

The motion will be heard at the US Bankruptcy Court, Alexander Pirnie Federal Building, 10 Broad Street, Utica, New York 13501 on January 30, 2014 at 10:30 a.m. on that day or as soon thereafter as counsel can be heard.

**PURSUANT TO FED. R. BANKR. P. 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN 4:00 P.M. EASTERN STANDARD TIME SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED**

Dated: January 6, 2014
Binghamton, New York

_____
Harvey D. Mervis, Esq.
HINMAN, HOWARD & KATTELL, LLP
Attorneys for Hinman, Howard & Kattell, LLP
80 Exchange Street
P.O. Box 5250
Binghamton, NY 13902-5250
Telephone: (607) 723-5341
Email: hmervis@hhk.com

TO: Camille W. Hill, Esq.
Attorneys for the Debtors
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Email: chill@bsk.com

Jeffrey A. Dove, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
Telephone: (315) 474-7541
jdove@menterlaw.com

Mark S. Gorgos, Esq.
Coughlin & Gerhart, LLP
Attorneys for M&T Bank, N.A.
P.O. Box 2039
Binghamton, NY 13902
Telephone: (607) 723-9511
mgorgos@cglawoffices.com

Robert M. Hirsh, Esq.
Arent Fox LLP
Attorneys for Official Committee of Unsecured Creditors
1675 Broadway
New York, NY 10019
Telephone: (212) 457-5430
hirsh.robert@arentfox.com

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
10 Broad St., Room 105
Utica, New York 13501