United States Bankruptcy Court
Northern District of New York
All Divisions

### This Form Is To Be Used For Motion[1] Calendar Only.

Case Name: Endicott Interconnect Technologies, Inc.

Case No.: 13-61156

Division: Utica

Adversary Proceeding No. (if applicable): 

**FILED**
**FEB 2 7 2014**
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ___468___

    Reason for Adjournment Request: Requesting attorney unexpectedly called out of state

    Original Return Date of Motion: 02/27/2014

    Number of prior adjournment request that have been made ___0___

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing:

Requested Adjourned Hearing Date: 03/20/2014

Requesting Attorney's Name, Office Address, Phone and Email Address:
Harvey D. Mervis
Hinman, Howard & Kattell
80 Exchange Street, Binghamton, NY 13902
607-723-6739; hmervis@hhk.com

Consent of All Parties Obtained?  ☐ Yes ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Office of the U.S. Trustee

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)